UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20mj6045-PMH

UNITED STATES OF AMERICA

vs.

KERBY BROWN, JR.

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes __x__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
CARY O. ARONOVITZ
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 86425
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9131
FAX (305) 530-7976